IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT R. DETLOFF,<br><br>        Petitioner,<br><br>   v.<br><br>J.A. TERRIS,<br><br>        Respondent. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 18-8079 (JBS)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, U.S. District Judge:**

    1.   Petitioner is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, originally filed in this District as Civil Action No. 17-1716.

    2.   On September 15, 2017, the Court transferred the petition to the United States District Court for the Eastern District of Michigan ("Eastern District") as Petitioner had been transferred to FCI Milan. Docket Entry 3.

    3.   On April 17, 2018, the matter was inadvertently transferred back to this District. Petitioner is presently located in Michigan and is expected to be released from custody shortly in Michigan.

    4.   Furthermore, the underlying facts of the habeas petition make the Eastern District the more convenient forum for the parties and any potential witnesses in the event a hearing is necessary. Petitioner's state and federal sentences are from

Michigan, and persons with knowledge of the facts are located in Michigan.

5. The Court finds that the parties and the interests of justice will be better served by transferring this matter back to the Eastern District.

6. An appropriate order follows.

**May 14, 2018**                                           **s/ Jerome B. Simandle**
Date                                                            JEROME B. SIMANDLE
                                                                 U.S. District Judge